*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
TANG, STEPHENS, and FOIL,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Diego F. DAVILA-NARVAEZ**
Hospital Corpsman First Class (E-6), U.S. Navy
Appellant

**No. 201900165**

Decided: 22 April 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Stephen Reyes

Sentence adjudged 22 March 2019 by a general court-martial convened at U.S. Naval Forces Japan, Yokosuka, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 36 months, total forfeitures, and a dishonorable discharge.[1]

For Appellant:
*Lieutenant Daniel E. Rosinski, JAGC, USN.*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] In accordance with the pretrial agreement, the convening authority suspended confinement in excess of 18 months.

———————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court